| | |
|---|---|
| LOPEZ, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF VETERAN AFFAIRS,<br><br>            Defendant. | No. 2:17-cv-01474-JAM-KJN (PS)<br><br><br>ORDER |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On July 17, 2017, plaintiffs Robert Lopez and R.G., proceeding without counsel, filed this action.[1] (ECF No. 1.) Simultaneously, plaintiff Robert Lopez requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) In his affidavit, Mr. Lopez attests that his gross monthly income is $800, including $400.00 for child support. (Id.)

Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). In addition, a $50.00 general administrative fee for civil cases must be paid. 28 U.S.C. § 1914(b). The court may authorize the commencement of an action "without prepayment of fees or security therefor" by a person that is unable to pay such fees or provide security therefor. 28 U.S.C. § 1915(a)(1).

---

[1] This case was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(21).

1

While it appears that R.G. may be Mr. Lopez's child because they use the same address in the complaint (ECF No. 1), plaintiffs have failed to clearly explain their relationship. In his affidavit, Mr. Lopez does not list any dependents. (See ECF No. 2 at 2.) Additionally, while the way R.G. is named by his or her initials suggests that R.G. is a minor, there is no other indication regarding R.G.'s identity or age. Furthermore, R.G. has not requested leave to proceed *in forma pauperis*. Thus, plaintiffs have made an inadequate showing of indigency. See Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994).

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Mr. Lopez's application to proceed *in forma pauperis* (ECF No. 2) is DENIED WITHOUT PREJUDICE.
2. Within 28 days of the date of this order, plaintiffs shall either (a) pay the applicable filing fee or (b) each file an application to proceed *in forma pauperis* that adequately demonstrates that each plaintiff is unable to pay the filing fee. Plaintiffs' failure to either pay the filing fee or file sufficient applications to proceed *in forma pauperis* by the above deadline will result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: August 28, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

14/ps.17.1474.lopez v. va.IFP denial